# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| **DONALD P. TORGENT, JR.** : | Bk. No. 03-28296 JAD |
| **HEIDI J. TORGENT** : | Chapter No. 13 |
| **Debtors** : | Document No. |
| : | |
| : | Hearing Date: |
| **DEUTSCHE BANK NATIONAL TRUST** : | Hearing Time: |
| **COMPANY, AS TRUSTEE, UNDER THE** : | Objection Date: |
| **POOLING AND SERVICING AGREEMENT** : | |
| **DATED AS OF MARCH 1, 2006, GSRPM** : | |
| **MORTGAGE LOAN TRUST 2006-1** : | |
| **Movant** : | |
| : | |
| v. : | |
| : | |
| **DONALD P. TORGENT, JR.** : | |
| **HEIDI J. TORGENT** : | |
| : | |
| and : | |
| : | |
| **Ronda J. Winnecour, Esquire (Trustee)** : | |
| **Respondents** : | |
| : | |

## ORDER

AND NOW, this _____ day of _____, 2009, at Pittsburgh, Pennsylvania upon Motion of **Indymac Bank** (Movant), it is:

**ORDERED AND DECREED THAT:** The Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania is required to turn over the unclaimed funds totaling $29,843.84, that were meant for **MTGLQ Investors LP to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006, GSRPM MORTGAGE LOAN TRUST 2006-1 C/O LITTON LOAN SERVICING, LP (4828 Loop Central Drive, Houston, TX 77081)**.

_____
JEFFERY A. DELLER, Bankruptcy Judge