

John Shields

11/18/2009 03:14 PM

To "'Elsie_Martin <Elsie_Martin

cc

bcc

Subject Re: Torgent #03-28296 JAD

Elsie,

Good afternoon. I have a problem. My assistant is new to handling Western District matters and failed to serve the Order setting hearing on the Motion for Unclaimed Funds. The response date on the Order was 11/17/09 so I didn't want to appear sneaky and try to serve it now. Would it be possible for another Order setting hearing to be issued, or let me know if there is anything I can do to fix the problem.

I really apologize for the inconvenience this has caused you.

Thank you

John B. Shields
Phelan Hallinan & Schmieg, LLP
Bankruptcy Department
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103
Automated Attendant # 215-320-0007, Ext. 1406
Operator Assistance # 215-563-7000, Ext. 1406
Fax # 215-568-7616

**FILED**

NOV 19 2009

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA