10/22/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DONALD P. TORGENT, JR.<br>HEIDI J. TORGENT<br>　　　　Debtors<br><br>―――――――――――――――<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006, GSRPM MORTGAGE LOAN TRUST 2006-1<br>　　　　Movant<br><br>v.<br><br>DONALD P. TORGENT, JR.<br>HEIDI J. TORGENT<br><br>and<br><br>Ronda J. Winnecour, Esquire (Trustee)<br>　　　　Respondents | Bk. No. 03-28296 JAD<br>Chapter No. 13<br>Document No. 114<br>Related To Doc. # 111<br>Hearing Date:<br>Hearing Time:<br>Objection Date: |

ORDER

AND NOW, this 3rd day of February, 2010, at Pittsburgh, Pennsylvania upon Motion of Indymac Bank (Movant), it is:

ORDERED AND DECREED THAT: ~~The Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania is required to turn over the unclaimed funds totaling $29,843.84, that were meant for MTGLQ Investors LP to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006, GSRPM MORTGAGE LOAN TRUST 2006-1 C/O LITTON LOAN SERVICING, LP (4828 Loop Central Drive, Houston, TX 77081).~~ the Motion is denied, without prejudice for the reasons stated on the record.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFERY A. DELLER, Bankruptcy Judge

FILED

FEB - 3 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA