In re Torgent (Deutsche Bank National Trust Co, as Trustee v Torgent, et al) 03-28296

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DONALD P. TORGENT, JR. | Bk. No. 03-28296 JAD |
| HEIDI J. TORGENT | |
| Debtors | Chapter No. 13 |
| | Document No. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006, GSRPM MORTGAGE LOAN TRUST 2006-1 | Hearing Date: 2/8/2012  Hearing Time: 11:00 am  Response Date: 1/16/2012 |
| Movant | Related to Doc. No. 97 |
| v. | Doc. # 140 |
| JOHN J. HORNER, Clerk of Bankruptcy Court  DONALD P. TORGENT, JR.,  HEIDI J. TORGENT, OCWEN FEDERAL BANK, FSB, MTGLQ INVESTORS, LP AND  RONDA J. WINNECOUR, CHAPTER 13 STANDING TRUSTEE, W.D.Pa.,  Respondents | **DEFAULT O/E - JAD** |

## ORDER AUTHORIZING AND DIRECTING RELEASE OF FUNDS

AND NOW, this 19th day of January, 2012, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006, GSRPM MORTGAGE LOAN TRUST 2006-1** (Movant), it is:

**ORDERED AND DECREED THAT** the Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania is authorized and directed to release from the Court's Registry and turn over unclaimed funds totaling $29,843.84 to the order of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006, GSRPM MORTGAGE LOAN TRUST 2006-1.** The Clerk is instructed to send and deliver such funds to Gary J. Gaertner, Attorney for the Movant at the offices of Phelan Hallinan & Schmieg, LLP for forwarding to the Movant's servicing agent.

_____
JEFFERY A. DELLER, Bankruptcy Judge

FILED

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA